ure to object timely to a magistrate judge's report may operate as a waiver of any further judicial review of the decision, as long as the parties receive clear notice of the consequences of their failure to object." *United States v. Male Juvenile,* 121 F.3d 34, 38 (2d Cir.1997). Here, Mr. Beagan was clearly advised of his obligation to timely object, and even given an extension of time to do so. Nonetheless, given the *pro se* status of this appeal and the fact that Mr. Beagan apparently attempted to object to the magistrate's Report by having third parties submit information, we have reviewed Mr. Beagan's submissions on appeal. *See id.* (rule precluding appellate review is nonjurisdictional and may be excused "in the interest of justice") (quoting *Roldan v. Racette,* 984 F.2d 85, 89 (2d Cir.1993)). However, after doing so, we see no reason to alter the District Court's decision.

Therefore, for substantially the reasons set forth in the magistrate's Report and Recommendation, the judgment of the District Court is hereby AFFIRMED.

Harry Vasquez, pro se, Marcy, NY.

Present OAKES, KEARSE, and JOSÉ A. CABRANES, Circuit Judges.

### SUMMARY ORDER

This cause came on to be heard on the record from the United States District Court for the Northern District of New York, and was submitted by plaintiff *pro se.*

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Kahn's Decision and Order entered on June 29, 1999, and Judge Kahn's Order entered on November 3, 1999, plaintiff having failed to avail himself of the opportunity afforded to file an amended complaint.

We have considered all of plaintiff's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.

**Harry VASQUEZ, Plaintiff–Appellant,**

v.

**George E. PATAKI, Governor of New York State, Glenn S. Goord, Commissioner & George B. Duncan, Defendants–Appellees.**

No. 00–0206.

United States Court of Appeals, Second Circuit.

April 10, 2001.

**Willie E. ANSLEY, Plaintiff–Appellant,**

v.

**GREEN BUS LINES, INC. and Local 1179 Amalgamated Transit Union, AFL–CIO, Defendants–Appellees.**

No. 00–7122.

United States Court of Appeals, Second Circuit.

April 10, 2001.